**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re:                                                      Case No.:

Arsil Jonathan Lozano

_____ Debtor(s)         /

# CREDITOR MATRIX COVER SHEET

    I declare that the attached Creditor Mailing Matrix, consisting of 1 sheet(s), contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Dated:  December 31, 2022

                                      /s/ Arsil Jonathan Lozano
                                      Signature of Debtor

American Express
World Financial Center
200 Vesey Street
New York, NY 10285


Batton Scaffold
c/o Ken Janisch
Sr. Account Executive
Davis & Jones, LLC.
Arlington TX 76006


Bay Cities Refuse
2525 Garden Tract Rd
Richmond, CA 94801


BayPro Construction, Inc.
P.O. Box 2164
San Rafael, CA 94912


Cloudfund LLC
55 Broadway, 3rd Floor
New York, New York 10006


Costco Citi Cards:
Attn: Bankruptcy
P.O. Box 6500
Sioux Falls, SD 57117


Credit One Bank
6801 S Cimarron Rd
Las Vegas, NV 89113


Discover
P.O. Box 30943
Salt Lake City, UT 84130-0943

Employment Development Department
Bankruptcy Unit-MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Employment Development Department
Attn: MIC53
800 Capitol Mall
Sacramento, CA 94814


Franchise Tax Board
Bankruptcy Section, MS-A-340
P.O. Box 2952
Sacramento, CA 95812-2952


Gusto
525 20th Street
San Francisco, CA 94107


HCS007
777 Minnewawa Ave. Suite 2
Clovis, CA 93612


Home Depot, Inc.
2455 Paces Ferry Rd. NW
Atlanta, GA 30339


Honey Bucket:
4119 Sebastopol Road
Santa Rosa, CA 95407


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Lowes
1000 Lowes Blvd.
Mooresville, NC 28117


Max Recovery Group LLC
55 Broadway 3rd Floor
New York, New York 10006


National Funding, Inc., the parent and servicing company of
Quick Bridge Funding, LLC
9530 Towne Centre Dr., Suite 120
San Diego, CA 92121


Nedeau Law PC
154 Baker Street
San Francisco, CA 94117


PayPal
2211 North First Street
San Jose, CA 95131


Ray Carlson & Associates
411 Russell Avenue
Santa Rosa, CA 95403


Redwood Credit Union
3033 Cleveland Avenue
Suite 100
Santa Rosa, CA 95403


Scanian Stone Reporter
408 Columbus Avenue, Suite 2
San Francisco, CA 94133

Sergio Rodriguez, Gilberto Rodriguez
Gabriel Alvarez
℅ David Lavine
Jon Webster Law Group, APC
Bonifacio Street, Suite 102
Concord, CA 94520-2264


Synchrony Bank
PO Box 960061
Orlando, FL 32896-0061


Sunset Landscapes
2614 N Armstrong Ave
Fresno, CA 93727


Testing Engineers
2811 Teagarden Street
San Leandro, CA 94577


Tim Perry
840 Woodward St
Fort Bragg, CA 95437


Tom Davenport
2540 Camino Diablo
Suite 200
Walnut Creek, CA 94597


United States Attorney
Civil Division
450 Golden Gate Avenue
San Francisco, CA 94102


Union Funding
c/o Lieberman & Klestzick, LLP
71 S. Central Avenue
Valley Stream, New York 11580

WaterSavers Irrigation, Inc.
c/o Nora Curelaru,| Accounts Receivable
 4306 Redwood Hwy, Ste. 200
San Rafael, CA 94903