Certificate Number: 00134-CAN-CC-037069713


00134-CAN-CC-037069713

# CERTIFICATE OF COUNSELING

I CERTIFY that on December 28, 2022, at 8:12 o'clock PM PST, Arsil Jonathan Lozano received from Cricket Debt Counseling, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Northern District of California, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: December 28, 2022

By: /s/Patience Mutiso

Name: Patience Mutiso

Title: Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

Case: 23-30001     Doc# 1-2     Filed: 01/01/23     Entered: 01/01/23 07:13:33     Page 1 of 1