Fill in this information to identify your case:

Debtor 1: Arsil Jonathan Lozano (First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing): (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Northern District of California

Case number (If known): 23-30001

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**
Priority Creditor's Name: Internal Revenue Service
Number Street: P.O. Box 7346
City: Philadelphia  State: PA  ZIP Code: 7346

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $ Notice Only   Priority amount: $_____   Nonpriority amount: $_____

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2**
Priority Creditor's Name: Calif. Dept. of Tax & Fee Admin.
Number Street: P.O. Box 942879
Account Information Group, MIC 29
City: Sacramento  State: CA  ZIP Code: 94279-002

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $ Notice Only   Priority amount: $_____   Nonpriority amount: $_____

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Case: 23-30001   Doc# 19   Filed: 02/03/23   Entered: 02/03/23 20:31:09   Page 1 of 8

Debtor 1 __Arsil Jonathan Lozano__    Case number (if known) 23-30001
       First Name   Middle Name   Last Name

**Part 1:    Your PRIORITY Unsecured Claims — Continuation Page**

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.3**

Employment Development Dept.
*Priority Creditor's Name*
PO Box 826880
*Number      Street*
Bankruptcy Unit-MIC 92E

Sacramento        CA    94280-00(
*City             State   ZIP Code*

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

$ Notice Onl   $_____   $_____

---

_____
*Priority Creditor's Name*
_____
*Number      Street*
_____

_____
*City             State   ZIP Code*

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

$_____   $_____   $_____

---

_____
*Priority Creditor's Name*
_____
*Number      Street*
_____

_____
*City             State   ZIP Code*

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

$_____   $_____   $_____

Case: 23-30001   Doc# 19   Filed: 02/03/23   Entered: 02/03/23 20:31:09   Page 2 of 8

Debtor 1  Arsil Jonathan Lozano                                          Case number (if known) 23-30001

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**
☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1 Synchrony Bank**
Nonpriority Creditor's Name
PO Box 960061
Number   Street
Orlando          CA      32896-0061
City             State   ZIP Code

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?  Unknown

$ 5,595

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Misc. credit transactions

**4.2 Discover Card**
Nonpriority Creditor's Name
PO Box30943
Number   Street
Salt Lake City    UT     84130-0943
City             State   ZIP Code

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?  _____

$ 3,000

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Misc. credit transactions

**4.3 Redwood Credit Union**
Nonpriority Creditor's Name
3033 Cleveland Avenue, Suite 100
Number   Street
Santa Rosa        CA     95403
City             State   ZIP Code

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?  _____

$ 2,608

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Misc. credit transactions

Case: 23-30001   Doc# 19   Filed: 02/03/23   Entered: 02/03/23 20:31:09   Page 3 of 8

Debtor 1 **Arsil Jonathan Lozano**
First Name   Middle Name   Last Name

Case number *(if known)* 23-30001

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.4
**Redwood Credit Union**
Nonpriority Creditor's Name
3033 Cleveland Avenue, Suite 100
Number   Street
Santa Rosa   CA   95403
City   State   ZIP Code

Last 4 digits of account number ___ ___ ___ ___    $ 4,995

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Misc. credit transactions**

### 4.5
**Costco Citi Card**
Nonpriority Creditor's Name
PO Box 6500
Number   Street
Sioux Falls   SD   57117
City   State   ZIP Code

Last 4 digits of account number ___ ___ ___ ___    $ 8,169

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Misc. credit transactions**

### 4.6
**Lowes**
Nonpriority Creditor's Name
1000 Lowes Blvd.
Number   Street
Mooresville   NC   28117
City   State   ZIP Code

Last 4 digits of account number ___ ___ ___ ___    $ 260

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Misc. credit transactions**

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page __ of ___

SCHEDULE EF ATTACHMENT PART 2 NON PRIORITY UNSECURED CREDITORS

| | | | |
|---|---|---|---|
| 4.6 | American Express Customer Service<br>PO Box 981535<br>El Paso, TX 79998 | Last 4 Digits Acct. No.<br>Date Debt Incurred | $3,572 |
| 4.7 | Gusto<br>525 20th Street<br>San Francisco, CA 94107 | Last 4 Digits | $ 889 |
| 4.8 | Tim Perry<br>840 Woodward Street<br>Fort Bragg, CA 95437 | | $3,500 |
| 4.9 | Credit One<br>6801 S. Cimarron Rd.<br>Las Vegas, NV 89113 | | 500 |
| 4.10 | Sergio Rodriguez<br>Gilberto Rodriguez<br>Gabriel Alvarez<br>c/o David Lavine<br>Jon Webster Law Group APC<br>Bonifacio Street, Suite 102 | | 1,000,000 |
| 4.11 | Scanian Stone Reporter<br>408 Columbus Avenue, Suite 2<br>San Francisco, CA 94133 | | 2,915 |

Bay Pro Property Solutions Non Priority Unsecured Claims

| | | |
|---|---|---|
| 4.12 | Nedeau Law PC<br>154 Baker Street<br>San Francisco, CA 94117 | $112,409 |
| 4.13 | Tom Davenport<br>2540 Camino Diablo, Suite 200<br>Walnut Creek, CA 94597 | $ 21,802 |
| 4.14 | HCS007<br>777 Minnewawa Avenue, Suite 2<br>Clovis, CA 93612 | $ 36,000 |

| | | |
|---|---|---|
| 4.15 | Sunset Landscapes<br>2614 N. Armstrong Avenue<br>Fresno, CA 93727 | $ 82,000 |
| 4.16 | Redwood Credit Union<br>3033 Cleveland Avenue, Suite 100<br>Santa Rosa, CA 95403 | |

BayPro Construction, Inc.  Non Priority Unsecured Claims

| | | |
|---|---|---|
| 4.17 | National Funding, Inc.<br>9530 Towne Centre Drive, Suite 120<br>San Diego, CA 92121 | $ 3,000 |
| 4.18 | Cloudfund LLC<br>55 Broadway, 3rd Floor<br>New York, NY 10006<br><br>Cloudfund LL<br>c/o Max Recovery Group LLC<br>55 Broadway, 3d Floor<br>New York, NY 10006 | $12,605 |
| 4.19 | Union Funding<br>c/o Lieberman & Klestzick, LLP<br>71 S. Central Avenue<br>Valley Stream, NY 11580 | $27,293 |
| 4.20 | Batton Scaffold<br>c/o Ken Janisch<br>SR. Account Executive<br>Davis & Jones LLC<br>Arlington, TX 76006 | $ 2,113 |
| 4.21 | WaterSavers Irrigation, Inc.<br>c/o Nora Curelaru<br>4306 Redwood Hwy.  Suite 200<br>San Rafael, CA 94903 | $   727 |
| 4.22 | Ray Carlson & Associates<br>411 Russell Avenue<br>Santa Rosa, CA 95403 | $7,545 |

| | | |
|---|---|---|
| 4.23 | Honey Bucket<br>4119 Sebastopol Road<br>Santa Rosa, CA 95407 | $ 450 |
| 4.24 | Bay Cities Refuse<br>2525 Garden Tract Rd<br>Richmond, CA 94801 | $ 500 |
| 4.25 | Testing Engineers<br>2811 Teagarden Street<br>San Leandro, CA 94577 | $ 800 |

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | Total claim |
|---|---|---|
| 6a. | Domestic support obligations | $0 |
| 6b. | Taxes and certain other debts you owe the government | $0 |
| 6c. | Claims for death or personal injury while you were intoxicated | $0 |
| 6d. | Other. Add all other priority unsecured claims. Write that amount here. | + $0 |
| 6e. | Total. Add lines 6a through 6d. | $0 |

**Total claims from Part 2**

| | | Total claim |
|---|---|---|
| 6f. | Student loans | $0 |
| 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | $0 |
| 6h. | Debts to pension or profit-sharing plans, and other similar debts | $0 |
| 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | + $1,343,247 |
| 6j. | Total. Add lines 6f through 6i. | $1,343,247 |

[Print]  [Save As...]  [Add Attachment]                [Reset]